

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00315-CR

---

In re Rocio Berreth, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## **JUDGMENT**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Selena N. Solis, Judge of the 243rd District Court of El Paso County, Texas and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED this 26th day of November 2025.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.